No. 383. NEELY v. MARTIN K. EBY CONSTRUCTION Co., INC. C. A. 10th Cir. Certiorari granted. In addition to all the questions presented by the petition, counsel are requested to brief and discuss at oral argument the following questions:

"1. Whether the Court of Appeals, after deciding that respondent should have been granted a judgment *n. o. v.*, had power under Rule 50 of the Federal Rules of Civil Procedure and our decisions in *Cone* v. *West Virginia Pulp & Paper Co.*, 330 U. S. 212; *Globe Liquor Co.* v. *San Roman,* 332 U. S. 571; and *Weade* v. *Dichmann, Wright & Pugh,* 337 U. S. 801, to order the case dismissed and thereby deprive petitioner of any opportunity to invoke the trial court's discretion on the issue of whether petitioner should have a new trial?

"2. Whether the Court of Appeals erred in ordering the District Court not merely to enter a judgment *n. o. v.* for respondent but to dismiss plaintiff's case in view of Rule 50 (c)(2) of the Federal Rules of Civil Procedure which gives a party whose verdict has been set aside the right to make a motion for a new trial not later than 10 days after entry of the judgment notwithstanding the verdict?"

*Charles A. Friedman* for petitioner. *Anthony F. Zarlengo* and *Joseph S. McCarthy* for respondent.